## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

BRENT CLARK,

        **Plaintiff,**

   v.

OFFICER JONES; LIEUTENANT GUY;
LIEUTENANT MEYERS; AND
LIEUTENANT MONTGOMERY,

        **Defendants.**

Civil Action No. 1:23-cv-5 TSK
(Removal of Case No. 22-C-302 from the
Circuit Court of Monongalia County,
West Virginia)

ELECTRONICALLY
FILED
1/10/2023
U.S. DISTRICT COURT
Northern District of WV

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants, by special, limited appearance[1], without waiving defenses, including service of process, hereby remove this civil action from the Circuit Court of Monongalia County, West Virginia, the circuit court in which the civil action was initiated, to the United States District Court for the Northern District of West Virginia. In support of this Notice of Removal, the Defendants state as follows:

1.      Plaintiff, Brent Clark, is a resident of Allegheny County, Pennsylvania. At the time of the events giving rise to the underlying Complaint, Plaintiff was a federal inmate designated to the Federal Correctional Institution ("FCI") Morgantown in Morgantown, Monongalia County, West Virginia.

2.      Defendants Jones, Guy, Meyers, and Montgomery are named as defendants in the underlying state court civil action that was filed in the Circuit Court of Monongalia County, West Virginia by Plaintiff on or about December 16, 2022. *See* Case No. 22-C-302 (Monongalia County,

---

[1] The undersigned counsel appears specially for the limited and exclusive purpose of removing this case from state court to federal court before the expiration of any purported answer or removal deadline.

1

WV). Upon information and belief, no trial has been had. Copies of all process, pleadings, and orders served upon the Defendants in the underlying civil action are attached hereto as Exhibit 1.

3.      Plaintiff brought the underlying state court civil action against the Defendants, all of whom were employees or officers of the United States and the Federal Bureau of Prisons, in official and/or individual capacity, for or relating to acts under color of such office. Specifically, Plaintiff alleges that the Defendants violated his Eighth Amendment right to be free from cruel and unusual punishment for, *inter alia*, failing to respond to his request to remove his cellmate's mattress from the floor in or about December 2018 while he was designated to FCI Morgantown.

4.      Pursuant to 28 U. S. C. § 1442(a)(1), a civil action that is commenced in a state court and that is against or directed to the United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending.

5.      Notice of the removal of the underlying state court civil action is being filed with the Clerk of the Circuit Court of Monongalia County, West Virginia.

        WHEREFORE, the entirety of the underlying civil action is hereby removed to Federal district court under 28 U. S. C. § 1442(a)(1).

                                        WILLIAM IHLENFELD
                                        UNITED STATES ATTORNEY

                                By:     */s/ Maximillian F. Nogay*
                                        Assistant United States Attorney
                                        W. Va. Bar # 13445
                                        United States Attorney's Office
                                        P.O. Box 591
                                        1125 Chapline Street, Suite 3000
                                        Wheeling, WV 26003
                                        (304) 234-0100 office
                                        (304) 234-0110 facsimile

Max.Nogay@usdoj.gov

*/s/ Jordan V. Palmer*
Assistant United States Attorney
W. Va. Bar # 12899
United States Attorney's Office
P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
(304) 234-0100 office
(304) 234-0110 facsimile
Jordan.Palmer@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the 10th day of January 2023, a true and accurate copy of

the foregoing NOTICE OF REMOVAL was furnished for delivery via U. S. Mail, postage prepaid,

to the following non-CM/ECF participants:

BRENT CLARK
946 WILLIAM PENN COURT
PITTSBURGH, PA 15221

By:    */s/  Maximillian F. Nogay*